IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

RYAN EDWARD SULLIVAN,

      Appellant,

 v.                                Case Nos.  5D22-1395
                                                5D22-1396

STATE OF FLORIDA,              LT Case Nos. 2021-CF-001976-A
                                             2021-CF-001981-A

      Appellee.

_____/

Decision filed June 6, 2023

Appeal from the Circuit Court
for Seminole County,
William S. Orth, Judge.

Matthew J. Metz, Public Defender,
and Allison A. Havens, Assistant
Public Defender, Daytona Beach, for
Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Daniel P. Caldwell,
Assistant Attorney General, Daytona
Beach, for Appellee.


PER CURIAM.

     AFFIRMED.


EISNAUGLE, BOATWRIGHT and KILBANE, JJ., concur.